IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00081-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OPAS SINPRASONG,

    Defendant.
_____

**FINAL ORDER OF FORFEITURE AND JUDGMENT**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment (ECF No. 82). The Court having reviewed said Motion FINDS:

THAT the Motion for Final Order of Forfeiture and Judgment (ECF No. 82) is **GRANTED**;

THAT the United States commenced this action pursuant to 26 U.S.C. § 7301(a), 18 U.S.C. § 982(a)(6)(A), 8 U.S.C. § 1324(b), and 28 U.S.C. § 2461(c);

THAT a Preliminary Order of Forfeiture was entered on November 12, 2010;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the only third party to assert its interest is Bank of America, through counsel Jeffrey M. Lippa of Greenberg Traurig, LLP;

Accordingly, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal

Procedure, the Court's Preliminary Order of Forfeiture is hereby amended to reflect Bank of America's right, title and interest in 3180 29th Street, Boulder, Colorado 80301 as set forth in the Settlement Agreement.

THAT specifically, the United States and Bank of America have entered into a Settlement Agreement, settling the interest of Bank of America in the real property located at 3180 29th Street, Boulder, Colorado 80301 by the following terms:

The United States agrees that upon entry of a Final Order of Forfeiture, and solely from the proceeds of the sale of the property, to the extent that there are sufficient proceeds, after the deduction of government expenses related to seizure, maintenance, custody, and disposal, it will pay Bank of America Home Loans:

    a. Unpaid principal balance of $122,555.45;

    b. Interest to July 29, 2011, of $1,274.94, and $21.82 per diem thereafter until the payoff date;

    c. Miscellaneous costs of $26.00.

The payment to Bank of America Home Loans, Inc. shall be in full settlement and satisfaction of any and all claims by Bank of America Home Loans with respect to real property 3180 29th Street, Boulder, Colorado 80301.

THAT the time for any other third-party to file a petition has expired;

THAT it further appears there is cause to issue a forfeiture order under 26 U.S.C. § 7301(a), 18 U.S.C. § 982(a)(6)(A), 8 U.S.C. § 1324(b), and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture as to:

- a. real property, including all attachments thereto, located at 3180 29th Street, Boulder, Colorado 80301

    which is more fully described as:

    Lot 7, GLENWOOD GARDENS PHASE ONE, according to the plat recorded as Plan file R P-4 F-2 No. 28, County of Boulder, State of Colorado.

- b. real property, including all attachments thereto, located at 3030 O'Neal Parkway, #R41, Boulder, Colorado 80301

    which is more fully described as:

    Condominium Unit No. 41, Building R, of STRATFORD PARK WEST CONDOMINIUMS, as shown and described on that certain Amended Map untitled "Stratford Park West Condominiums", recorded on May 8, 1979, on Film No. 1061, Reception Number 336257, of the records of the Boulder County Clerk and Recorder, in the County of Boulder, State of Colorado, and as further defined in the Amended Condominium Declaration, recorded on March 28, 1979, on film 1055, Reception Number 329533 of the records of the Boulder County Clerk and Recorder, County of Boulder, State of Colorado.

- c. a money judgment in the amount of $766,000.00, which represents proceeds traceable to the defendant's offenses,

shall enter in favor of the United States pursuant to 26 U.S.C. § 7301(a), 18 U.S.C. § 982(a)(6)(A), 8 U.S.C. § 1324(b), 28 U.S.C. § 2461(c), free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED: March 23, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
Chief United States District Judge